No. 73–696. EMPORIUM CAPWELL Co. *v.* WESTERN ADDITION COMMUNITY ORGANIZATION ET AL.; and

No. 73–830. NATIONAL LABOR RELATIONS BOARD *v.* WESTERN ADDITION COMMUNITY ORGANIZATION ET AL. C. A. D. C. Cir. [Certiorari granted, 415 U. S. 913.] Motion of the Solicitor General for additional time for oral argument granted and 15 additional minutes are allotted for that purpose. Respondents also allotted 15 additional minutes for oral argument. Motion of National Retail Merchants Assn., Inc., for leave to file a brief as *amicus curiae* granted.

No. 73–748. AMERICAN RADIO ASSN., AFL–CIO, ET AL. *v.* MOBILE STEAMSHIP ASSN., INC., ET AL. Sup. Ct. Ala. [Certiorari granted, 415 U. S. 947.] Motion of respondents for divided argument granted.

No. 73–759. EDWARDS, GOVERNOR OF LOUISIANA, ET AL. *v.* HEALY ET AL. Appeal from D. C. E. D. La. [Probable jurisdiction noted, 415 U. S. 911.] Consideration of appellants' suggestion of mootness deferred to hearing of case on the merits.

No. 73–765. INTERNATIONAL LADIES' GARMENT WORKERS' UNION, UPPER SOUTH DEPARTMENT, AFL–CIO *v.* QUALITY MANUFACTURING Co. ET AL. C. A. 4th Cir. [Certiorari granted, 416 U. S. 968.] Motion of Chamber of Commerce of the United States for leave to file a brief as *amicus curiae* granted.

No. 73–822. FRY ET AL. *v.* UNITED STATES. Temp. Emerg. Ct. App. [Certiorari granted, 415 U. S. 912.] Motion of Coalition of American Public Employees for leave to file a brief as *amicus curiae* granted.